

# Fourth Court of Appeals
## San Antonio, Texas

January 19, 2017

No. 04-16-00589-CR

Anthony George **NELSO**N,
Appellant

v.

The **STATE** of Texas,
Appellee

From the 187th Judicial District Court, Bexar County, Texas
Trial Court No. 2016CR2179
Honorable Steve Hilbig, Judge Presiding

## O R D E R

Appellant's second request for an extension of time to file his brief is GRANTED. Appellant's brief is due on February 17, 2017. No further extensions will be granted.

_____
Karen Angelini, Justice

IN WITNESS WHEREOF, I have hereunto set my hand and affixed the seal of the said court on this 19th day of January, 2017.

_____
Keith E. Hottle
Clerk of Court